### Commonwealth *v.* Zandi et al., Appellants.

Argued November 10, 1964. *John A. Zandi,* appellant, in propria persona; *Samuel*

*F. Bonavita,* District Attorney, for Commonwealth, appellee.

PER CURIAM: The six judges who heard the argument of these appeals being equally divided in opinion, the judgments of sentence of the court below are affirmed and the defendants are directed to appear in the court below at such time as they may be there called, and that they be by that court committed until they have complied with the sentences, or any part of them which had not been performed at the time the appeal was made a supersedeas.